```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

JUSTIN STEFFMAN, ET AL.,

              Plaintiffs,

    - against -

NINA AGDAL,

              Defendant.

21-cv-5402 (JGK)

ORDER

-----------------------------------------

JOHN G. KOELTL, District Judge:

    As stated at the conference held today, the Court sets the following schedule. The plaintiffs may file an amended complaint by **October 15, 2021**. The defendant must move or answer by **November 1, 2021**.

    If the defendant makes a motion, the plaintiffs' response is due by **November 19, 2021** and the defendant's reply is due by **November 29, 2021**.

    If the defendant answers, the parties must file a Rule 26(f) report by **November 19, 2021**.

    SO ORDERED.

Dated:    New York, New York  
           October 1, 2021

                                                          John G. Koeltl  
                                           United States District Judge