```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――

JUSTIN STEFFMAN, ET AL.,

                Plaintiffs,

   - against -

NINA AGDAL,

                Defendant.

21-cv-5402 (JGK)

ORDER

―――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The October 13, 2021 conference in this case is **canceled**.

SO ORDERED.
Dated:   New York, New York
         October 8, 2021

                                  _____
                                      John G. Koeltl
                              United States District Judge